UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GINNY V. WHITE and<br>JIMMIE D. WHITE, | CV-N-95-00279-BES (VPC)<br>(BASE FILE) |
| v. | **STIPULATION OF DISMISSAL** |
| FORD MOTOR COMPANY<br>_____/<br>AND CONSOLIDATED ACTIONS<br>_____/ | Case No. CV-N-96-00048-BES<br>Case No. CV-N-96-00049-BES |

TO THE CLERK:

Kindly mark the above-captioned case DISMISSED WITH PREJUDICE by reason of settlement pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties hereby withdraw all pending pre-trial motions and request that the trial date be released.

Respectfully submitted,

_____
Shanin Specter, Esq.
David J. Caputo, Esq.
KLINE & SPECTER, A Professional Corporation
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Peter D. Durney, Esq.
DURNEY & BRENNAN, LTD.
150 W. Huffaker Lane, Suite 101
Reno, Nevada 89511

Don Nomura, Esq.
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521

Attorneys for plaintiffs
GINNY V. WHITE and JIMMY D. WHITE

_____
Michael T. Williams, Esq.
MICHAEL T. WILLIAMS, ESQ.
1801 California Street
Suite 3600
Denver, CO 80202

Albert F. Pagni, Esq.
Jones Vargas
100 West Liberty St., 12th Floor
Reno, Nevada 89501

Frank P. Kelly, III, Esq.
SHOOK, HARDY & BACON
333 Bush Street, Suite 600
San Francisco, CA 94104

Attorneys for defendant
FORD MOTOR COMPANY

Dated: May 15, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GINNY V. WHITE and<br>JIMMIE D. WHITE, | CV-N-95-00279-BES (VPC)<br>(BASE FILE) |
| v. | **STIPULATION OF DISMISSAL** |
| FORD MOTOR COMPANY<br>AND CONSOLIDATED ACTIONS | Case No. CV-N-96-00048-BES<br>Case No. CV-N-96-00049-BES |

TO THE CLERK:

Kindly mark the above-captioned case DISMISSED WITH PREJUDICE by reason of settlement pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties hereby withdraw all pending pre-trial motions and request that the trial date be released.

Respectfully submitted,

Shanin Specter, Esq.
David J. Caputo, Esq.
KLINE & SPECTER, A Professional Corporation
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Michael T. Williams, Esq.
MICHAEL T. WILLIAMS, ESQ.
1801 California Street
Suite 3600
Denver, CO 80202

Peter D. Durney, Esq.
DURNEY & BRENNAN, LTD.
150 W. Huffaker Lane, Suite 101
Reno, Nevada 89511

Albert F. Pagni, Esq.
Jones Vargas
100 West Liberty St., 12th Floor
Reno, Nevada 89501

Don Nomura, Esq.
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521

Frank P. Kelly, III, Esq.
SHOOK, HARDY & BACON
333 Bush Street, Suite 600
San Francisco, CA 94104

Attorneys for plaintiffs
GINNY V. WHITE and JIMMY D. WHITE

Attorneys for defendant
FORD MOTOR COMPANY

Dated: May 15, 2008