UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GINNY V. WHITE and<br>JIMMIE D. WHITE,<br><br>v.<br><br>FORD MOTOR COMPANY<br>_____/<br>AND CONSOLIDATED ACTIONS<br>_____/ | CV-N-95-00279-BES (VPC)<br>(BASE FILE)<br><br>**STIPULATION OF DISMISSAL**<br><br>Case No. CV-N-96-00048-BES<br>Case No. CV-N-96-00049-BES |

TO THE CLERK:

Kindly mark the above-captioned case DISMISSED WITH PREJUDICE by reason of settlement pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties hereby withdraw all pending pre-trial motions and request that the trial date be released.

Respectfully submitted,

_____        _____
Shanin Specter, Esq.                                           Michael T. Williams, Esq.
David J. Caputo, Esq.                                         MICHAEL T. WILLIAMS, ESQ.
KLINE & SPECTER, A Professional Corporation     1801 California Street
1525 Locust Street, 19th Floor                            Suite 3600
Philadelphia, PA 19102                                      Denver, CO 80202

Peter D. Durney, Esq.                                        Albert F. Pagni, Esq.
DURNEY & BRENNAN, LTD.                            Jones Vargas
150 W. Huffaker Lane, Suite 101                       100 West Liberty St., 12th Floor
Reno, Nevada 89511                                          Reno, Nevada 89501

Don Nomura, Esq.                                              Frank P. Kelly, III, Esq.
LAXALT & NOMURA, LTD.                              SHOOK, HARDY & BACON
9600 Gateway Drive                                            333 Bush Street, Suite 600
Reno, Nevada 89521                                           San Francisco, CA 94104

Attorneys for plaintiffs                                         Attorneys for defendant
GINNY V. WHITE and JIMMY D. WHITE        FORD MOTOR COMPANY

Dated: May 15, 2008

May 20, 2008